# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES of AMERICA      )
                                           )

            vs.                      )      No. 00-cr-00157-19-RCL
                                             )      No. 00-cr-00157-20-RCL

JAMES W. ALFRED,                 )
    and                                   )
FRANKLIN SEEGERS,             )
                                            )
           Defendants.          )

## ORDER

Upon consideration of the Unopposed Motion of Defendants James W. Alfred and Franklin Seegers to Continue Briefing and Hearing Schedule, and with the government's consent, the Court **ORDERS** the following briefing schedule for Defendants James Alfred and Franklin Seegers:

1. Initial pleading(s) to be filed on or before May 3, 2021
2. *If necessary,* responsive pleadings to be filed on or before August 3, 2021
3. *If necessary,* pleadings in reply to be filed on or before September 2, 2021.

**IT IS FURTHER ORDERED** that an evidentiary hearing in this matter shall take place on _OCTOBER 1_, 2021 at _10:00_ am /pm.

**IT IS SO ORDERED**.

SIGNED AND ENTERED this ___7rd___ day of ___Feb___, 2021.

_____
Hon. Royce C. Lamberth
United States District Judge